IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN FLEET | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-3562 |
| CSX INTERMODAL, INC., *et al.* | : | |

## ORDER

**AND NOW**, this 18th day of July 2018, upon considering the Defendants' Motion for summary judgment (ECF Doc. No. 55), Plaintiff's Response (ECF Doc. No. 56), Defendants' Reply (ECF Doc. No. 57), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 55) is **GRANTED** as there are no genuine issues of material fact and judgment in Defendants' favor is warranted as a matter of law. The Clerk of Court shall **close** this case.

KEARNEY, J.